# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MICAH ASHER JEFFERSON,** | ) | **CASE NO.  20-cv-579-RJD** |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **STEPHEN KESSLER, et al.,** | ) | |
| *Defendants.* | ) | |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, the issues having been heard, and the Court having rendered its decision.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 26, 2022, judgment is entered in favor of Defendants against Plaintiff.  This matter is **DISMISSED** with prejudice.

DATED:  <u>September 26, 2022</u>

MONICA A. STUMP
CLERK OF COURT

By: *s/ Jamie Melson*
        Deputy Clerk

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**